UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JASON ROAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00397-JPH-MJD |
| | ) | |
| N.P. PETTY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. Judgment is entered in favor of the defendants and against the plaintiff on his complaint.

Date: 9/8/2022

Roger A. G. Sharpe, Clerk
United States District Court

*[signature]*
By: Deputy Clerk

*[signature: James Patrick Hanlon]*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JASON ROAR
2214 Tucker Drive
Indianapolis, IN 46229

Douglass R. Bitner
Stoll Keenon Ogden PLLC
doug.bitner@skofirm.com

Sarah Jean Shores-Scisney
Stoll Keenon Ogden PLLC (SKO)
sarah.shores@skofirm.com

Margo Tucker
INDIANA ATTORNEY GENERAL
margo.tucker@atg.in.gov

Benjamin Charles Wade
Federal Aviation Administration
Benjamin.C.Wade@faa.gov